UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID POSCHMANN,

        Plaintiff,

v.                                                      Case No. 6:20-cv-2044-Orl-37EJK

LRR SPECTRUM, LLC,

        Defendant.

_____/

**<u>MOTION FOR CLERK'S DEFAULT</u>**

     Plaintiff, David Poschmann, by and through his undersigned counsel, hereby requests that the Clerk of Court enter a Default against Defendant pursuant to Federal Rule of Civil Procedure 55(a).  In support of this request Plaintiff relies upon the record in this case and states as follows:

     1.  Plaintiff caused Defendant to be served with the Summons and Complaint in this matter on November 16, 2020 (D.E. 11).

     2.  Defendant has failed to respond to or answer the Complaint.

     3.  Accordingly, Plaintiff respectfully submits that he is entitled to the entry of a Clerk's Default against Defendant pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure.

     4.  Plaintiff has served a copy of this motion upon Defendant via U.S. Mail.

WHEREFORE, Plaintiff respectfully requests the Clerk of this Court to enter a Default against Defendant and for such other relief as this Court deems proper and just.

        Respectfully submitted,

        s/Lee D. Sarkin
        DREW M. LEVITT, ESQ.
        Florida Bar No: 782246
        E-mail: drewmlevitt@gmail.com
        LEE D. SARKIN, ESQ.
        Florida Bar No. 962848
        E-mail: Lsarkin@aol.com
        4700 N.W. Boca Raton Boulevard
        Suite 302
        Boca Raton, Florida 33431
        Telephone (561) 994-6922
        Facsimile (561) 994-0837
        Attorneys for Plaintiff