UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:20-CV-02044-RBD-EJK

DAVID POSCHMANN

    Plaintiff,

vs.

LRR SPECTRUM, LLC

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, David Poschmann ("Plaintiff"), and Defendant, LRR SPECTRUM, LLC ("Defendant"), (collectively "the Parties"), hereby advise the Court that the Parties have reached an agreement to settle this case pending execution of a settlement agreement. Plaintiff and LRR Spectrum, LLC will file a Stipulation dismissing this action, with prejudice, once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

**[REMAINDER OF PAGE INTENTIONALLY LEFT SHORT]**

CASE NO. 6:20-CV-02044-RBD-EJK

Dated: March 23, 2021

*s/Drew M. Levitt*
Drew M. Levitt, Esq.
Florida Bar No. 782246
E-mail: drewmlevitt@gmail.com
Lee D. Sarkin, Esq.
Florida Bar No. 962848
Lsarkin@aol.com
4700 N.W. Boca Raton Boulevard, Ste 302
Boca Raton, FL 33431
Telephone: (561) 994-6922
Facsimile: (561) 994-0837

*Counsel for Plaintiff*

Respectfully submitted,

*s/Edwin Cruz*
Tasos C. Paindiris, Esq.
Florida Bar No. 41806
E-mail: *Tasos.Paindiris@jacksonlewis.com*
JACKSON LEWIS P.C.
390 N. Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 583-1602

Edwin Cruz, Esq.
Florida Bar No. 55579
E-mail: *Edwin.Cruz@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on March 23, 2021 on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Edwin Cruz
Edwin Cruz, Esq.