UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID POSCHMANN,

      Plaintiff,

v.                                        Case No:  6:20-cv-2044-RBD-EJK

LRR SPECTRUM, LLC,

      Defendant.

**ORDER OF DISMISSAL**

This cause is before the Court upon the Joint Notice of Settlement (Doc. 20) indicating that the parties have settled.  Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 26, 2021.

ROY B. DALTON JR.
United States District Judge